UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA EPHREM,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

Case No. 2:19-cv-00534-RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     This 28 U.S.C. § 2241 petition (Dkt. 3) is **DENIED** and **DISMISSED** with prejudice; and

(3)     The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 17th day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1